```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                          CASE NO. 06 B 09864
CHARLENE HICKS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
       Debtor
SSN XXX-XX-1276

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/15/06 and confirmed on 11/08/06.

2. The case was dismissed after confirmation, 07/27/2007.

3. The Debtor paid a total of $ 6260.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | 11550.04 | .00 | 1269.44 |
| AMERICAN GENERAL FINANCE | SECURED | 11000.00 | 1283.74 | 938.57 |
| NISSAN MOTOR ACCEPTANCE | SECURED | 200.00 | .00 | 200.00 |
| PERSONAL FINANCE | SECURED | 30.00 | .00 | 30.00 |
| AMERICASH LOANS | UNSECURED | 156.61 | .00 | .00 |
| BUS & PROSVC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 574.93 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1301.19 | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 84.25 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 137.53 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9815.83 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 109.93 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| THE MONEY MARKET | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF ILL | UNSECURED | 336.15 | .00 | .00 |
| PAYDAY EXPRESS #127 | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 2790.37 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 266.23 | .00 | .00 |

```
PERSONAL FINANCE              UNSECURED       3036.64              .00           .00
ILLINOIS DEPT REVENUE         PRIORITY         359.73              .00           .00
ILLINOIS DEPT REVENUE         UNSECURED         35.50              .00           .00
GE MONEY BANK                 UNSECURED        117.09              .00           .00
COTTONWOOD FINANCIAL LTD      UNSECURED        618.04              .00           .00
NISSAN MOTOR ACCEPTANCE       UNSECURED      31579.36              .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                       SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    22780.04        359.73      50959.65          .00     74099.42
PRINCIPAL PAID         2438.01           .00           .00          .00      2438.01
INTEREST PAID          1283.74           .00           .00          .00      1283.74
TOTAL PAID             3721.75           .00           .00          .00      3721.75
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   2500.00
and was paid $    274.75   direct and $   2225.25   through the plan.

The Trustee received $    313.00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/10/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 09864 CHARLENE HICKS